THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley, | Case No.: 2:17-cv-00595-EJF |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Arctic Circle Restaurants, | Assigned to Magistrate Judge Evelyn J. Furse |
| Defendant. | |

PLEASE TAKE NOTICE that, Plaintiff, Trevor Kelley, and Defendant, Arctic Circle Restaurants, (collectively, the "Parties"), hereby give notice that the Parties' have resolved and agreed to settle this Action. As a result, the Parties anticipate filing dismissal papers within the next thirty (30) days.

In conformance with DUCiv.R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this Action so the Parties can finalize settlement documents.

**RESPECTFULLY SUBMITTED** on this 2nd day of November, 2017.

*/s/ James K. Ord, III*
JAMES K. ORD, III
The Ord Firm, P.C.
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of November 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and forward the foregoing document via e-mail to the following recipients:

Matthew M. Durham
STOEL RIVES LLP
201 S. Main St, Suite 1100
Salt Lake City, UT 84111-4904
Direct: (801) 578-6984
Fax: (801) 578-6999
matt.durham@stoel.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*