THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley, | Case No.: 2:17-cv-00595-EJF |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Arctic Circle Restaurants, | |
| Defendant. | Assigned to Magistrate Judge Evelyn J. Furse |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Trevor Kelley, hereby voluntarily dismisses this Action with prejudice.

RESPECTFULLY SUBMITTED on this 13th day of November, 2017.

/s/ James K. Ord, III
JAMES K. ORD, III
The Ord Firm, P.C.
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and caused a true copy of the foregoing document to be served via e-mail to the following recipients:


Matthew M. Durham
STOEL RIVES LLP
201 S. Main St, Suite 1100
Salt Lake City, UT 84111-4904
Direct: (801) 578-6984
Fax: (801) 578-6999
matt.durham@stoel.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(\* *I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*