# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>        Plaintiff,<br><br>v.<br><br>ARCTIC CIRCLE RESTAURANTS,<br><br>        Defendant. | **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:17-cv-00595-EJF<br><br>Magistrate Judge Evelyn J. Furse |

This Matter, having come before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, and good cause appearing, IT IS HEREBY ORDERED, this Matter is DISMISSED with prejudice.

SO ORDERED this 13th day of November, 2017.

BY THE COURT:

_____
Evelyn J. Furse
United States Magistrate Judge